DOROTHY ELLIS, Appellant, *v.* ALEXANDER COHEN and ARTHUR J. VERNON, Respondents.

Supreme Court, Appellate Term, First Department, November 7, 1940.

*Charles J. Herson*, for the appellant.

*Cowin, Gutman, Gangel & Cowin*, for the respondent Alexander Cohen.

*Brower, Brill & Tompkins*, for the respondent Arthur J. Vernon.

PER CURIAM. A body execution may not be issued to enforce a judgment obtained pursuant to section 15 of the Stock Corporation Law where the misapplication of the funds of the corporation was not accompanied by actual as distinguished from constructive fraud. (*Hearn 45th St. Corp.* v. *Jano*, 283 N. Y. 139, 143; *Mann* v. *Chrestopules*, 87 App. Div. 222.)

Order affirmed, with ten dollars costs and disbursements.

All concur. Present — McCOOK, SHIENTAG and NOONAN, JJ.